## DECLARATION

STATE OF NEW YORK )
COUNTY OF MONROE )

I, DERRICK STEELE, being duly sworn, depose and state the following under penalty of perjury:

1. On or about the 22nd day of July, 2022, law enforcement searched my residence at 52 Laser Street, Rochester, New York 14621.

2. I reside at 52 Laser Street, Rochester, New York 14621, as a tenant.

3. At the time of the search at 52 Laser Street, Rochester, New York 14621, I was a tenant and therefore have standing to challenge the search thereof.

4. On or about the 22nd day of July, 2022, law enforcement unlawfully searched my residence, in violation of my constitutional rights, as the Search Warrant was issued without probable cause therefore.

5. As a result of that unlawful search, law enforcement unlawfully seized my three cell phones and home surveillance system.

6. Law enforcement unlawfully searched my residence in violation of my constitutional rights as the Search Warrant was improperly issued.

_____          4/3/24
DERRICK STEELE                            DATE